UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* WENDY MORALES,<br><br>                   Plaintiff and Relator,<br><br>-against-<br><br>TCPRNC, LLC d/b/a THE PLAZA REHAB AND NURSING CENTER and JILLIAN CLARK,<br><br>                   Defendants | 18 Civ. 9651 (GBD)<br><br>**FILED UNDER SEAL**<br><br>**[PROPOSED] UNSEALING ORDER** |
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff-Intervenor,<br><br>-against-<br><br>TCPRNC, LLC d/b/a THE PLAZA REHAB AND NURSING CENTER and CITADEL CONSULTING GROUP LLC d/b/a CITADEL CARE CENTERS LLC,<br><br>                   Defendants. | |

## ORDER

WHEREAS, by notice dated July 21, 2022, the United States of America partially intervened in the above-captioned *qui tam* action pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2) and (4).

IT IS HEREBY ORDERED that:

1. The seal shall be lifted as to this Order and any matter occurring in this action on or subsequent to the date of this Order.

2. All documents submitted in this action before the date of this Order shall remain under seal and shall not be made public, except to the extent the seal was partially lifted pursuant to the Court's prior Order dated January 26, 2022, and except as provided for in Paragraph 3 below.

3. The seal shall be lifted as to the United States' Notice of Election to Partially Intervene; the United States' Complaint-In-Intervention; the Stipulation and Order of Settlement and Dismissal entered into by the United States, Defendants TCPRNC d/b/a The Plaza Rehab And Nursing Center and Citadel Consulting Group LLC d/b/a Citadel Care Centers LLC, and the Relator; the Stipulation and Order of Settlement and Release Between the United States and Relator; and the Relator's Complaint.

Dated: New York, New York
JUN 27 2022

SO ORDERED:

*George B. Daniels*
HONORABLE GEORGE B. DANIELS
United States District Judge